IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| MARK WILLIAM WILLS,<br>a/k/a "Kevin O'Brien,"<br>a/k/a "Lorenzo Guerra,"<br>a/k/a "Alex Harrison,"<br>a/k/a "kevthompson2009,"<br>a/k/a "18kevinmcbride,"<br>a/k/a "leonardobrickma" | :<br><br>:<br><br>:<br><br>:<br><br>:<br><br>:<br><br>:<br><br>:<br><br>: | VIOLATIONS:<br>18 U.S.C. § 2422(b) (use and attempted use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 3 counts)<br>18 U.S.C. §§ 2251(a), (e) (manufacture and attempted manufacture of child pornography – 3 counts)<br>18 U.S.C. §§ 2252(a)(2), 2(b) (distribution, attempted distribution, and willfully causing the distribution of child pornography – 4 counts)<br>18 U.S.C. §§ 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)<br>18 U.S.C. § 2261(A)(2) (cyberstalking of a minor – 2 counts)<br>18 U.S.C. § 875(c) (interstate threats – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNTS ONE THROUGH THREE

THE GRAND JURY CHARGES THAT:

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendant

MARK WILLIAM WILLS,
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"

1

a/k/a "leonardobrickma,"

used a facility and means of interstate and foreign commerce, that is, the Internet, to knowingly persuade, induce, entice and coerce the minors listed below, each under the age of 18 years and known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacture and the attempted manufacture of child pornography, in violation of Title 18, United States Code, Section 2251(a), and the Sexual Abuse of Children, in violation of Title 18, Pa.C.S.A. § 6312, and attempted to do so.

| Count | Date | Child |
|---|---|---|
| One | In or about July 2024 | Minor #1 |
| Two | In or about August 2024 to in or about December 2024 | Minor #2 |
| Three | In or about December 2024 to in or about January 2025 | Minor #3 |

All in violation of Title 18, United States Code, Section 2422(b).

## COUNTS FOUR THROUGH SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

employed, used, persuaded, induced, enticed, and coerced the minors listed below, each under the age of 18 years and known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by enticing and directing the minors to engage in sexually explicit conduct and produce an image of that conduct, and defendant WILLS knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depictions were produced and transmitted using materials that had been mailed and shipped and transported in and affecting interstate or foreign commerce by any means including by computer, and such visual depictions were actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce:

| Count | Dates | Child |
|---|---|---|
| Four | From on or about June 30, 2024, through on or about July 8, 2024 | Minor #1 |
| Five | From or about August 27, 2024, through on or about December 23, 2024 | Minor #2 |
| Six | On or about December 1, 2024 | Minor #3 |

All in violation of Title 18, United States Code, Sections 2251(a), and (e).

## COUNTS SEVEN THROUGH NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

knowingly and willfully caused to be distributed a visual depiction, using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct:

| Count | Date | Child |
|---|---|---|
| Seven | From on or about June 30, 2024, through on or about July 8, 2024 | Minor #1 |
| Eight | From or about August 27, 2024, through on or about December 23, 2024 | Minor #2 |
| Nine | On or about December 1, 2024 | Minor #3 |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), 2(b).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 10, 2024, in the Eastern District of Pennsylvania, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma"

knowingly distributed a visual depiction using a means and facility of interstate and foreign commerce, that is, the Internet, and attempted to do so, and the producing of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 24, 2025, in the Eastern District of Pennsylvania, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma"

knowingly possessed matter, that is, a Samsung model Galaxy A13, bearing IMEI 358997690198648, a Samsung model Galaxy A14, bearing IMEI 35209669768016, and a Samsung model Galaxy A15, bearing IMEI 356408519397348, each of which contained visual depictions that had been shipped and transported in interstate and foreign commerce and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct. At least one minor depicted was prepubescent and under the age of 12 years.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about June 30, 2024, through on or about July 8, 2024, in the Eastern District of Pennsylvania, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

with the intent to injure, harass, and intimidate Minor #1, a person under the age of 18 years who is known to the grand jury, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and facilities of interstate commerce to engage in a course of conduct that included electronic communications over Snapchat to send messages to Minor #1, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor #1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about December 1, 2024, through on or about January 17, 2025, in the Eastern District of Pennsylvania, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

with the intent to injure, harass, and intimidate Minor #3, a person under the age of 18 years who is known to the grand jury, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and facilities of interstate commerce to engage in a course of conduct that included electronic communications over Snapchat to send messages to Minor #3, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Minor #3.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between on or about June 30, 2024, and July 8, 2024, in the Eastern District of Pennsylvania, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

knowingly, and with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate and foreign commerce a communication, that is, using the internet from his cellular phone, the defendant transmitted a threat to harm Minor #1 and Minor #1's family if Minor #1 did not continue to produce sexually explicit material of herself and send it to WILLS.

In violation of Title 18, United States Code, Section 875(c).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2252(a)(2), and 2252(a)(4)(B), as set forth in this indictment, defendant

**MARK WILLIAM WILLS,**
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma,"

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

    (1) One Samsung model Galaxy A13, bearing IMEI 358997690198648;

    (2) One Samsung model Galaxy A14, bearing IMEI 35209669768016; and

    (3) One Samsung model Galaxy A15, bearing IMEI 356408519397348.

Pursuant to Title 18, United States Code, Sections 2428 and 2253.

A TRUE BILL:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_(signature)_ /FOR
**DAVID METCALF**
United States Attorney

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

MARK WILLS
a/k/a "Kevin O'Brien,"
a/k/a "Lorenzo Guerra,"
a/k/a "Alex Harrison,"
a/k/a "kevthompson2009,"
a/k/a "18kevinmcbride,"
a/k/a "leonardobrickma"

### INDICTMENT

Counts

18 U.S.C. § 2422(b) (use and attempted use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 3 counts); 18 U.S.C. §§ 2251(a), (e) (manufacture and attempted manufacture of child pornography – 3 counts); 18 U.S.C. §§ 2252(a)(2), 2(b) (distribution, attempted distribution, and willfully causing the distribution of child pornography – 4 counts); 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count); 18 U.S.C. § 2261(A)(2) (cyberstalking of a minor – 2 counts); 18 U.S.C. § 875(c) (interstate threats – 1 count); Notice of forfeiture



Bail, $_____