**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

MARK WILLIAM WILLS,

*Defendant.*

CRIMINAL ACTION
NO. 25-406

**ORDER**

**AND NOW**, this 2nd day of October 2026, upon consideration of Defendant's Motion to Suppress (Dkt. No. 37), the Government's Response (Dkt. No. 38), and following a hearing (Dkt. No. 39), it is **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.